IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| DONALD ROBINSON, | * |
| Plaintiff, | * |
| vs. | * |
| | CASE NO. 4:11-CV-03 (CDL) |
| CORRECTION CORPORATION OF AMERICA, | * |
| | * |
| Defendant | * |
| | * |

## ORDER ON RECOMMENDATION OF DISMISSAL BY UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation of Dismissal filed by the United States Magistrate Judge on January 25, 2011 is hereby approved, adopted, and made the Order of the Court.

The objection of the Plaintiff has been considered and is found to be without merit.

IT IS SO ORDERED, this 16th day of February, 2011.

                                        S/Clay D. Land
                                          CLAY D. LAND
                               UNITED STATES DISTRICT JUDGE